# CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

ATTORNEYS AT LAW
**ATLANTA OFFICE**
MERIDIAN II, SUITE 2000
275 SCIENTIFIC DRIVE
NORCROSS, GA 30092

TELEPHONE (404) 881-2622
FACSIMILE (404) 881-2630
www.cmlawfirm.com

PRACTICING IN:
CALIFORNIA
FLORIDA
GEORGIA – ATLANTA/SAVANNAH
INDIANA
NEW JERSEY
NEW YORK
PENNSYLVANIA
SOUTH CAROLINA

WRITER'S DIRECT ACCESS
(678) 684-2149
khurley@cmlawfirm.com

April 23, 2019

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Charles L. Clay, Jr., Esq.
PRATT CLAY, LLC
4401 Northside Parkway, Suite 520
Atlanta, GA 30327

RE: *Yvonne Byrd v. QuikTrip Corporation*
State Court of Gwinnett County; Civil Action File No. 19-C-02224-S3

Dear Counsel:

In compliance with 28 U.S.C. §§ 1332, 1441, and 1446, this letter is to give you formal written notice that Defendant QuikTrip Corporation has filed a Notice of Removal with the United States District Court, Northern District of Georgia, Atlanta Division. I am enclosing a copy of the Notice of Removal.

In further compliance with 28 U.S.C. § 1446(d), I have filed the Notice of Filing Notice of Removal with the State Court of Gwinnett County, a copy of which I am also enclosing.

Very truly yours,

CRUSER & MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

Kathleen M. Hurley
Candice R. Bryant

KMH/CRB
Enclosures

{Firm/278/00054/CORRESP/02122537.DOCX }



EXHIBIT B

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| YVONNE BYRD,<br><br>  Plaintiff,<br><br>vs.<br><br>QUIKTRIP CORPORATION,<br><br>  Defendant. | §§§§§§§§§§§<br><br>CIVIL ACTION<br><br>FILE NO. 19-C-02224-S3 |

### DEFENDANT QUIKTRIP CORPORATION'S
### NOTICE OF FILING NOTICE OF REMOVAL

TO: Charles L. Clay, Jr., Esq.
   PRATT CLAY, LLC
   4401 Northside Parkway, Suite 520
   Atlanta, GA 30327

  Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that Defendant QuikTrip Corporation has filed a Notice of Removal of the above-styled action to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto and by reference made a part hereof.

  This 23rd day of April, 2019.

                 CRUSER, MITCHELL, NOVITZ,
                 SANCHEZ, GASTON & ZIMET, LLP

                 _/s/ Kathleen M. Hurley_
Meridian II, Suite 2000         KATHLEEN M. HURLEY
275 Scientific Drive          Georgia Bar No. 379659
Norcross, GA 30092          **CANDICE R. BRYANT**
(404) 881-2622           Georgia Bar No. 807404
(404) 881-2630 – fax         **J. ROBB CRUSER**
khurley@cmlawfirm.com       Georgia Bar No. 199480
cbryant@cmlawfirm.com       _Attorneys for Defendant_
rcruser@cmlawfirm.com

{Firm/278/00054/PLEADING/02122538.DOC }

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| YVONNE BYRD,<br><br>  Plaintiff,<br><br>vs.<br><br>QUIKTRIP CORPORATION,<br><br>  Defendant. | § § § § § § § § § § § §<br><br>CIVIL ACTION<br><br>FILE NO. 19-C-02224-S3 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT QUIKTRIP CORPORATION'S NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of Court using the Odyssey e-FileGA system which will automatically send e-mail notification of such filing to the following attorneys of record:

Charles L. Clay, Jr., Esq.
PRATT CLAY, LLC
4401 Northside Parkway, Suite 520
Atlanta, GA 30327

This 23rd day of April, 2019.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

/s/ Kathleen M. Hurley

**KATHLEEN M. HURLEY**
Georgia Bar No. 379659
**CANDICE R. BRYANT**
Georgia Bar No. 807404
**J. ROBB CRUSER**
Georgia Bar No. 199480
*Attorneys for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA 30092
(404) 881-2622
(404) 881-2630 – fax
khurley@cmlawfirm.com
cbryant@cmlawfirm.com
rcruser@cmlawfirm.com